# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-3418
_____

MARSHAY COGGINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Jefferson County.
Christopher D. Bufano, Judge.


April 27, 2026

PER CURIAM.

DISMISSED as untimely filed.

LEWIS, WINOKUR, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Marshay Coggins, pro se, Appellant.

No appearance for Appellee.